# STATEMENT OF PROBABLE CAUSE

I, Oscar D. Estrada, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol agent. I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On or about September 26, 2017, Border Patrol Agents Scott H. Kicker and Rumaldo Nunez encountered an individual near Gila Bend, in the District of Arizona. The agents identified themselves as a United States Border Patrol agents and performed an immigration inspection on the individual. The individual, later identified as Jose Astorga Romero, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States. Astorga Romero was transported to the Ajo Border Patrol Station for further processing. Astorga Romero was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Jose Astorga Romero to be a citizen and national of Mexico and a previously removed alien. Jose Astorga Romero was removed from the United States to Mexico through Del Rio, Texas, on or about September 17, 2016, pursuant to the reinstatement of a removal order issued by an immigration official. There is no record of Jose Astorga Romero in any Department of Homeland Security